EWS:BG
F. #2026R00058

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -

DAN SOHAIL,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

**1:26-cr-00127(ENV)(CHK)**

Criminal Docket No_____-_____(____)

     PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge

to be assigned, for leave to file an information upon the defendant DAN SOHAIL's waiver of

indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
        May 11, 2026

                    JOSEPH NOCELLA, JR.
                    United States Attorney
                    Eastern District of New York
                    271 Cadman Plaza East
                    Brooklyn, New York 11201

     By:   *Brachah Goykadosh*
          Brachah Goykadosh
          Special Assistant United States Attorney
          (718) 254-6237

Cc:    Clerk of the Court
        Mia Eisner-Grynberg, Esq.