# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

July 28, 2026

**<u>Via Email and ECF</u>**
The Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   **Re:**  **<u>United States v. Dan Sohail, 26-CR-127 (ENV)</u>**

Your Honor,

   I write jointly on behalf of Mr. Sohail and the government. Neither party has any objection to the proposed conditions of supervised release.

   Thank you for your consideration.

              Respectfully Submitted,

              /s/
              Mia Eisner-Grynberg
              Deputy Attorney-in-Charge
              (718) 330-1257

cc:  AUSA Eric Silverberg (by email and ECF)
   AUSA Brachah Goykadosh (by email and ECF)
   USPO Erica Vest (by email)